## STATE OF CONNECTICUT *v.* CRAIG PONDER
### (14720)

Heiman, Schaller and Spear, Js.

Argued November 28—decision released December 19, 1995

*Robert C. McCoy,* for the appellant (defendant).

*Timothy J. Sugrue,* assistant state's attorney, with whom, on the brief, were *Kevin T. Kane,* state's attorney, and *Stephen Carney,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.